FILED IN CHAMBERS
U.S.D.C. Atlanta
MAY 15 2012

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA

DIVISION Gainesville JAMES N. HATTEN, Clerk
(USAO 2012R00450) By: Deputy Clerk

ORIGINAL

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: Hall

DISTRICT COURT NO. 2: 12-CR-10

MAGISTRATE CASE NO. ____

X Indictment __ Information __ Magistrate's Complaint

DATE: MAY 15, 2012 DATE: DATE:

UNITED STATES OF AMERICA
vs.
**DANIEL LEE**

SUPERSEDING
____
Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
X Felony ___ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. X Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges ____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date):

DATE OF ARREST: ____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: ____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: ____ Issued by: ____

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   ____ Federal __ State
   If Yes, show name of institution ____
   Has detainer been filed _ Yes __ No
   If Yes, give date ____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: ____
JUDGE: ____
A.U.S.A.: WILLIAM L. MCKINNON, JR.
DEFT'S ATTY: ____

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: WILLIAM L. MCKINNON, JR.
Assistant United States Attorney

DATE: MAY 15, 2012