U.S. Department of Justice

United States Attorney
Northern District of Georgia

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 15 2012

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA
Gainesville Division

United States

v.

Daniel Lee

No. 2:12-CR-10

**Agent to Arrest**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

William L. McKinnon, Jr.
Assistant United States Attorney

Filed In Clerk's Office, this ____________

of ______________________, 20______

______________________________
Clerk

By ____________________________
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94